CO-386-online
10/03

# United States District Court
# For the District of Columbia

ARINC INCORPORATED )
)
)
)
vs Plaintiff ) Civil Action No._____
)
MILLENNIUM 3 TECHNOLOGIES, )
LLC )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __ARINC Incorporated_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ARINC Incorporated_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_____
BAR IDENTIFICATION NO.

Dwight W. Stone, II
Print Name

Seven Saint Paul Street
Address

Baltimore, MD 21202
City    State    Zip Code

(410) 347-8700
Phone Number