IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 2 6 2008
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| IN THE MATTER OF ARBITRATION BETWEEN<br><br>ARINC INCORPORATED<br>2551 RIVA ROAD<br>ANNAPOLIS, MD 21401<br><br>Petitioner<br><br>v.<br><br>MILLENNIUM 3 TECHNOLOGIES LLC<br>4040 EAST RAYMOND<br>PHOENIX, AZ 85040<br><br>Respondent | Case: 1:08-cv-01472<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 8/26/2008<br>Description: General Civil |

## NOTICE OF PETITION TO COMPEL ARBITRATION

TO:   Roger W. Strassburg, Jr.
      Roger Strassburg, Esq., P.L.L.C.
      9117 East Los Gatos Drive
      Scottsdale, AZ  85225

**PLEASE TAKE NOTICE**, that the annexed Petition to Compel Arbitration of ARINC Incorporated, was filed on August 25, 2008, in the United States District Court for the District of Columbia. All pleadings in this matter filed after this date must be filed with the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

August 26, 2008                               Respectfully submitted,

                                              /s/ Dwight W. Stone, II
                                              Dwight W. Stone, II
                                              Bar No. MD22968
                                              Whiteford Taylor Preston L.L.P.
                                              Seven Saint Paul Street
                                              Baltimore, Maryland 21202-1626
                                              Telephone: (410) 347-8700
                                              Facsimile: (410) 752-7092
                                              dstone@wtplaw.com
                                              *Counsel for Petitioner ARINC Incorporated*